IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:14 CR-104 |
| | ) | JUDGE TRAUGER |
| JOHN WESLEY CANTRELL III, | ) | |
| DEFENDANT. | ) | |

## MOTION TO ALLOW DEFENDANT ACCESS TO IPOD OR SIMILAR DEVICE FOR DISCOVERY REVIEW

COMES now the Defendant, **John W. Cantrell III**, by and though counsel and respectfully moves this Honorable Court to issue an Order allowing the Defendant to have access to an Apple IPod or similar device, provided to Defendant Cantrell through counsel. Such Order would allow the Defendant an opportunity and ability to review the electronic audio discovery provided in this case. In support thereof, Counsel states the following:

1. Defendant Cantrell is a part of a 19-defendant multiple count drug conspiracy indictment.

2. The discovery received from the government includes an extensive amount of wire tap recordings.

3. Defendant Cantrell is currently housed in the Robertson County Detention Facility in Springfield, Tennessee, and has limited access to computer, and is not allotted adequate time to review such audio discovery via CD.

**WHEREFORE**, Defendant Cantrell moves this Honorable Court to issue an Order allowing the Defendant the ability to review the audio discovery by the use of an