IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00104 |
| | ) | Judge Trauger |
| | ) | |
| [1] JOHN WESLEY CANTRELL, III | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on Tuesday, July 21, 2015, at 1:00 p.m. on the defendant's motion to review the magistrate judge's detention order (Docket No. 267). Although this hearing is *de novo* (18 U.S.C. §3142(g)), the court will review the record before the magistrate judge and then receive whatever further evidence either side wishes to introduce.

It is so **ORDERED.**

Enter this 15th day of July, 2015.

_____
ALETA A. TRAUGER
United States District Judge